UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

LARRY ANTHONY BRAME II

Case No. 8:24 Cr 245 SDM - cpt
18 U.S.C. § 933
18 U.S.C. § 932

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Firearms Trafficking)

JUN 5 2024 AM9:21
FILED - USDC - FLMD - TPA

At all times material to this Indictment:

### OVERVIEW

1.     From at least in or about June 2023, up to and including on or about August 10, 2023, LARRY ANTHONY BRAME II knowingly obtained firearms for sale to a purchaser purported to be associated with a gang war in Canada.   It was known to BRAME that the purchaser of the firearms intended to use them in the commission of one or more felonies—that is, to obliterate the serial numbers, smuggle them into Canada, and use them in furtherance of acts of violence. BRAME suggested ways in which the purchaser could smuggle the firearms across the U.S.-Canada border and to avoid law enforcement detection. BRAME negotiated the sale of firearms in the Middle District of Florida.

## STATUTORY ALLEGATIONS

2.     From at least in or about June 2023 up to and including on or about

August 10, 2023, in the Middle District of Florida, the defendant,

### LARRY ANTHONY BRAME II,

did transfer a firearm, that is: (1) a Glock 23 40 caliber pistol; and (2) an AR-15

.223/5.56mm rifle, knowing and having reasonable cause to believe that the use,

carrying or possession of the recipient would constitute a felony.

In violation of 18 U.S.C. §§ 933(a)(1) and 933(b).

## COUNT TWO
### (Straw purchase of a firearm)

3.     Paragraph 1 of this Indictment is hereby realleged and incorporated by

reference as though fully set forth herein.

4.     On or about August 5, 2023, in the Middle District of Florida, the

defendant,

### LARRY ANTHONY BRAME II,

did knowingly purchase a firearm, that is: (1) a Glock 23 40 caliber pistol, in or

otherwise affecting interstate or foreign commerce for, on behalf of or demand of a

third party, knowing or having reasonable cause to believe that the third party

intended to otherwise dispose of the firearm in furtherance of a felony.

In violation of 18 U.S.C. §§ 932(b)(3) and 933(b).

## FORFEITURES

1.      The allegations contained in Count One and Count Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 924(d) and 934, and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 933(a)(2) and/or 18 U.S.C. § 932(b)(3), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 934, any proceeds obtained, directly or indirectly, as a result of the offense, as well as any property used, or intended to be used, to facilitate the commission of such violation, and, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of the offense.

3.      The assets to be forfeited include, but are not limited to: (1) a Glock 40 caliber pistol (SN: F168762K); and (2) an AR-15 .223/5.56mm rifle (SN: ZYX643).

4.      If any of the property described above, as a result of any act or omission of the defendant:

   a.      cannot be located upon the exercise of due diligence;

   b.      has been transferred or sold to, or deposited with, a third party;

   c.      has been placed beyond the jurisdiction of the court;

   d.      has been substantially diminished in value; or

   e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
David W.A. Chee
Assistant United States Attorney

By: _____
Daniel Baeza
Assistant United States Attorney
Chief, Transnational Organized Crime Section

FORM OBD-34

June 24

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## LARRY ANTHONY BRAME II

## INDICTMENT

Violations: 18 U.S.C. § 933 and 18 U.S.C. § 932

A true bill,

_____
Foreperson

Filed in open court this 4th day

of June 2024,

_____    **KARINA NIEVES**
Clerk

Bail $_____

GPO 863 525