UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                            Case No.: 8:24-cr-245-SDM-CPT

LARRY ANTHONY BRAME, II

### JOINT STATUS REPORT—JULY 2024

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, having conferred with counsel for defendant Brame, Samuel E. Landes, Esq., files this joint status report pursuant to Fed. R. Crim. P. 17.1 and the Court's Pretrial Discovery Order and Notice of Trial and Status Conference (Doc. 17), and states as follows:

1. <u>Brief summary of case's status</u>: Mr. Brame was arraigned on June 13, 2024. (Doc. 14). This is the first status report to be filed in the case. In accordance with the Court's Pretrial Discovery Order, the government has produced discovery on July 1, 2024. This case is set for the Court's August 2024 trial term. Doc. 17. The government anticipates that the defense will be filing an unopposed motion to continue the trial.

2. <u>Possibility of a plea agreement as to each defendant</u>: It is unknown whether Mr. Brame will resolve this case with a guilty plea.

3. <u>Number of days required for trial</u>:   The government estimates that it will take three days to present its case-in-chief.   The length of the defense case is unknown at this time.

4. <u>Pending motions, dates on which they were filed, and whether they are ripe for determination</u>:   At present, the government is unaware of any pending motions in this case.

5. <u>Potential speedy trial problems</u>:   At present government is unaware of any speedy trial problem in this case.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   _____
        David W.A. Chee
        Assistant United States Attorney
        Florida Bar No.: 109659
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: David.Chee@usdoj.gov

U.S. v. Larry Anthony Brame, II                    Case No. 8:23-cr-245-SDM-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Samuel E. Landes, Esq.

/s/ David Chee
David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

3